**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JED WALLACE, | § | |
| STREET RELATIONS, INC., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION. NO. 1:25-00163 |
| | § | |
| BLAKE LIVELY, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

Please take notice that Charles L. Babcock of Jackson Walker LLP is entering

his appearance in this matter as attorney of record for Plaintiffs Jed Wallace and

Street Relations, Inc. Charles L. Babcock's contact information is:

Charles L. Babcock
Texas Bar No. 01479500
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: (713) 752-4210
Fax: (713) 308-4125
cbabcock@jw.com

Dated: February 5, 2025                Respectfully submitted,

**JACKSON WALKER LLP**

Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (713) 752-4210
Fax: (713) 308-4125
cbabcock@jw.com
jglover@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine L. Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2000
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the Court's electronic case filing system, and thus the foregoing document has been electronically served on counsel of record.

*/s/ Charles L. Babcock*
Charles L. Babcock

43544651v.1