# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC., § | |
| § | |
| *Plaintiffs,* § | Civil Action No. 1:25-cv-163-DAE |
| § | |
| v. § | |
| § | |
| BLAKE LIVELY, § | |
| § | |
| *Defendant.* § | |

## **NOTICE OF APPEARANCE**

Please take notice that Cody Vaughn of Jackson Walker LLP is entering his appearance in this matter as an additional attorney of record for Plaintiffs Jed Wallace and Street Relations, Inc. Cody Vaughn's contact information is:

Cody Vaughn
Texas Bar No. 24115897
Jackson Walker LLP
100 Congress Street, Suite 1100
Austin, Texas 78701
(512) 236-2222
cvaughn@jw.com

43542817v.1

Dated: February 5, 2025

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Cody Vaughn*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine L. Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2000
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

- 2 -

43542817v.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 5, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the Court's electronic case filing system, and thus the foregoing document has been electronically served on counsel of record.

                                      */s/ Cody Vaughn*  
                                      Cody Vaughn

43542817v.1