# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, <br> STREET RELATIONS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> BLAKE LIVELY, <br><br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:25-cv-163-DAE |

## PLAINTIFF STREET RELATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record submits this Corporate Disclosure Statement for Plaintiff Street Relations, Inc., and represents to the Court as follows:

Plaintiff Street Relations, Inc. does not have a parent corporation. No publicly held corporation owns ten percent (10%) or more of Street Relations, Inc.

43538193v.1

| | |
|---|---|
| Dated: February 5, 2025 | Respectfully submitted,<br><br>**JACKSON WALKER LLP**<br><br>*/s/ Katharine L. Carmona*<br>Charles L. Babcock<br>Texas Bar No. 01479500<br>Joel Glover<br>Texas Bar No. 24087593<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>(713) 752-4200<br>cbabcock@jw.com<br>jglover@jw.com<br><br>Matt Dow<br>Texas Bar No. 06066500<br>Katharine Lee Carmona<br>Texas Bar No. 00787399<br>Cody Lee Vaughn<br>Texas Bar No. 24115897<br>100 Congress Ave. Suite 1100<br>Austin, TX 78701<br>(512) 236-2000<br>mdow@jw.com<br>kcarmona@jw.com<br>cvaughn@jw.com<br><br>**ATTORNEYS FOR PLAINTIFFS** |

43538193v.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 5, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the Court's electronic case filing system, and thus the foregoing document has been electronically served on counsel of record.

                                            */s/ Katharine Lee Carmona*
                                            Katharine Lee Carmona

43538193v.1