AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00163-DAE

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Blake Lively

was received by me on *(date)*  Feb. 11, 2025

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  DOORMAN (TIERNAN) , who is

designated by law to accept service of process on behalf of *(name of organization)*  Blake Lively

_____ on *(date)* 2/15/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  2-15-2025

_____
Server's signature

Jose Matias
Printed name and title

3121 Commodore Plaza/suite 302
Miami Florida  33133
Server's address

Additional information regarding attempted service, etc: