UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, | § | |
| STREET RELATIONS, INC. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-163 |
| | § | |
| BLAKE LIVELY, | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF APPEARANCE**

Please take notice that Carl C. Butzer of Jackson Walker LLP is entering his appearance in this matter as an additional attorney of record for Plaintiffs Jed Wallace and Street Relations, Inc. Carl C. Butzer's contact information is:

Carl C. Butzer
Texas State Bar No. 03545900
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5902
Facsimile: (214) 661-6609
cbutzer@jw.com

Dated: February 28, 2025
Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Carl C. Butzer*
Carl C. Butzer
Texas State Bar No. 03545900
cbutzer@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 (fax)

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2000
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the Court's electronic case filing system, and thus the foregoing document has been electronically served on counsel of record.

>/s/ Carl C. Butzer
>Carl C. Butzer