UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC. § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-163 |
| § | |
| BLAKE LIVELY, § | |
| § | |
| *Defendant.* § | |

**AGREED MOTION TO CORRECT
DOCKET ENTRY NO. 11**

Plaintiffs Jed Wallace ("Wallace") and Street Relations, Inc. ("Street") (collectively "Plaintiffs") and Defendant Blake Lively move to Correct Docket Entry No. 11 to March 10, 2025, for Defendant to respond to the Complaint based on Plaintiffs' service of Defendant on February 15, 2025, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure.

The parties ask the Court to grant the Motion and correct the docket to show the proper date for Defendant's response, March 10, 2025.

Dated: February 28, 2025

Respectfully submitted,

JACKSON WALKER LLP

/s/ *Matt Dow*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2000
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

-and-

        HAYNES AND BOONE, LLP

        */s/ Laura Lee Prather*
        Laura Lee Prather
        Texas Bar No. 16234200
        98 San Jacinto Blvd., Suite 1500
        Austin, TX 78701
        (512) 867-8400
        (512) 867-8470
        Laura.Prather@haynesboone.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that all parties have conferred regarding the foregoing motion and file it as an agreed motion.

        */s/ Matt Dow*
        Matt Dow

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2025, a true and correct copy of the above documents was served via the CM/ECF system to all counsel of record.

        */s/ Matt Dow*
        Matt Dow