UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, § | | |
| STREET RELATIONS, INC. § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:25-cv-163 | |
| § | | |
| BLAKE LIVELY, § | | |
| § | | |
| *Defendant.* § | | |

## ORDER ON AGREED MOTION TO CORRECT
## DOCKET ENTRY NO. 11

Before the Court is the parties' Agreed Motion to Correct Docket Entry No. 11 ("Motion"), in which the parties seek to correct the docket to show March 10, 2025 as the date for Defendant's response. Have considered the Motion, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the parties Agreed Motion to Correct Docket Entry No. 11 is GRANTED.

The Clerk is instructed to correct the docket to show March 10, 2025, as the date for Defendant's response to the Complaint (Dkt. 1).

SIGNED this _____ day of March, 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE