IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, §<br>STREET RELATIONS, INC., §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>BLAKE LIVELY, §<br>§<br>Defendant. § | CASE NO. 1:25-cv-00163-DAE |

**AGREED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Blake Lively ("Lively") and Plaintiffs Jed Wallace and Street Relations, Inc. ("Plaintiffs") (collectively, the "parties') file this Agreed Motion to Extend Deadline for Defendant to Respond to Plaintiffs' Complaint ("Agreed Motion") and respectfully show the following:

Plaintiffs filed a Complaint for Declaratory Judgment and Defamation ("Complaint") on February 4, 2025. On February 28, 2025, the parties filed an Agreed Motion to Correct Docket Entry No. 11 and asked the Court to correct the docket to show March 10, 2025, as the deadline for Lively to respond to the Complaint. Dkt. 13. The parties now ask the Court to extend the deadline for Lively to respond to the Complaint from March 10, 2025 to April 4, 2025.

This Motion is made in good faith and not for the purpose of causing undue delay. Lively does not waive any challenge to personal jurisdiction by filing this Agreed Motion, which does not constitute a general appearance.

WHEREFORE, the parties respectfully request that the Court grant the Agreed Motion to Extend Deadline for Defendant to Respond to Plaintiffs' Complaint and that Defendant's deadline to respond to the Complaint be extended from March 10, 2025 to April 4, 2025.

Respectfully submitted,

*/s/ Laura Lee Prather*
Laura Lee Prather
Texas Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
Texas Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
Texas Bar No. 24128020
michael.lambert@haynesboone.com
Reid Pillifant
Texas Bar No. 24126157
reid.pillifant@haynesboone.com

**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

**ATTORNEYS FOR DEFENDANT BLAKE LIVELY**

**AND**

*/s/ Carl Butzer*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
**JACKSON WALKER LLP**
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn

**AGREED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**                2

        Texas Bar No. 24115897
**JACKSON WALKER LLP**
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2000
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

Carl Christof Butzer
Texas Bar. No. 03545900
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-5902
cbutzer@jw.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of March 2025, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

        */s/ Laura Lee Prather*
        Laura Lee Prather