**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,** § | | |
| **STREET RELATIONS, INC.,** § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | **CASE NO. 1:25-cv-00163-DAE** | |
| § | | |
| **BLAKE LIVELY,** § | | |
| § | | |
| Defendant. § | | |

# ORDER

The Court, having considered Defendant Blake Lively ("Lively") and Plaintiffs Jed Wallace and Street Relations, Inc.'s Agreed Motion to Extend Deadline for Defendant to Respond to Plaintiffs' Complaint ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Lively's deadline to respond to Plaintiffs' Complaint for Declaratory Judgment and Defamation is extended from March 10, 2025 to April 4, 2025.

**IT IS SO ORDERED.**

Signed this _____ day of _____ 2025.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE