IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, § | | |
| STREET RELATIONS, INC., § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | CASE NO. 1:25-cv-00163-DAE |
| § | | |
| BLAKE LIVELY, § | | |
| § | | |
| Defendant. § | | |

# ORDER

The Court, having considered Defendant Blake Lively's ("Defendant") Unopposed Motion for Leave to File Motion in Excess of 20 Pages ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the page limit for Defendant's Rule 12(b) Motion to Dismiss is 35 pages.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

_____
JUDGE DAVID ALAN EZRA

1