# EXHIBIT J

| | |
|---|---|
| **From:** | Bryan Freedman |
| **To:** | Prather, Laura |
| **Cc:** | Tamar Yeghiayan; Pillifant, Reid; Pillifant, Reid; Summer Benson |
| **Subject:** | RE: Cause No. 25-0200-DCF |
| **Date:** | Tuesday, January 28, 2025 2:28:05 PM |

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

I am unaware that we agreed to accept service. A lawyer is in the process of being retained who will reach out to you to discuss accepting service of process.


**For anything schedule related or time sensitive please copy and/or contact my assistant, Christina cpuello@lftcllp.com.

Bryan J. Freedman, Esq.
Partner
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005 Telephone
(310) 201-0045 Facsimile
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Prather, Laura <Laura.Prather@haynesboone.com>
**Sent:** Monday, January 27, 2025 7:04 PM
**To:** Bryan Freedman <bfreedman@lftcllp.com>
**Cc:** Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** RE: Cause No. 25-0200-DCF

Hi Mr. Freedman,

Checking back on this.

Has your office withdrawn its representation that it would accept service on behalf of Mr. Wallace?

Please advise.

Thanks and take care,
Laura

**Laura Lee Prather** | Partner
laura.prather@haynesboone.com | (t) +1 512.867.8476
Licensed in Texas, California, New York, D.C., and Colorado

**From:** Bryan Freedman <bfreedman@lftcllp.com>
**Sent:** Saturday, January 25, 2025 11:58 AM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Tamar Yeghiayan <tyeghiayan@lftcllp.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** Re: Cause No. 25-0200-DCF

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

I think we will. Just waiting for Jed's lawyer.

Bryan J. Freedman, Esq.
Liner Freedman Taitelman + Cooley LLP
1801 Century Park West, Fifth Floor
Los Angeles, California  90067

Office Phone
(310) 201-0005 Cell-Phone
(310) 770-3636
 www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Jan 25, 2025, at 8:37 AM, Prather, Laura <Laura.Prather@haynesboone.com> wrote:

Mr. Freedman,

I was surprised by your email because your associate, Tamar (copied on this email), is the person who reached out to the process server and indicated that your firm would accept service of process. We confirmed this again with the process server yesterday. The process server indicated that Tamar claims to have sent an email to me confirming this information; but, to date, no such email has been received. Further, my associate Reid Pillifant (copied on this email) reached out to Tamar to confirm your acceptance of service and has received no response.

Please let me know if you plan to no longer accept service on behalf of Mr. Wallace.

Take care,
Laura


<image001.jpg>

**Laura Lee Prather** | Partner
laura.prather@haynesboone.com | (t) +1 512.867.8476
Licensed in Texas, California, New York, D.C., and Colorado

**From:** Bryan Freedman <bfreedman@lftcllp.com>
**Sent:** Thursday, January 23, 2025 9:49 PM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Christina Puello <cpuello@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>
**Subject:** Re: Cause No. 25-0200-DCF

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

To be clear, my office never agreed to accept service of process of anything. I have not spoken with you nor received anything from you until this email.

Reserving all rights.

Bryan J. Freedman, Esq.
Liner Freedman Taitelman + Cooley LLP
1801 Century Park West, Fifth Floor
Los Angeles, California  90067

Office Phone
(310) 201-0005 Cell-Phone
(310) 770-3636
 www.ftllp.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


> On Jan 23, 2025, at 5:09 PM, Prather, Laura <Laura.Prather@haynesboone.com> wrote:
>
> Dear Mr. Freedman,
>
> I hope this email finds you well.
>
> We were informed by your office that you represent Jed Wallace and agreed to accept service on his behalf. As a result, enclosed please find the citation, the Rule 202 petition, and a Rule 11 letter for your execution accepting service.
>
> Please send us the signed copy of the Rule 11 agreement.
>
> We look forward to working with you on this matter.
>
> Take care,
> Laura
>
>
>
> **Laura Lee Prather** | Partner
> laura.prather@haynesboone.com | (t) +1 512.867.8476
> Licensed in Texas, California, New York, D.C., and Colorado
>
> CONFIDENTIALITY NOTICE: This electronic mail transmission

is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.