IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE,<br>STREET RELATIONS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:25-cv-00163-DAE |

# ORDER

The Court, having considered Defendant Blake Lively's ("Defendant") Unopposed Motion for Leave to File Motion in Excess of 20 Pages ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant may file her Rule 12(b) Motion to Dismiss in excess of 20 pages not to exceed 35 pages.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

 

                                                                                                JUDGE DAVID ALAN EZRA