IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CASE NO. 1:25-cv-00163-DAE |
| § | |
| BLAKE LIVELY, § | |
| § | |
| Defendant. § | |

**EXHIBIT LIST TO DEFENDANT'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE,
AND FAILURE TO STATE A CLAIM UNDER FEDERAL RULES OF CIVIL
PROCEDURE 12(b)(2), 12(b)(3), 12(b)(6)**

| | |
|---|---|
| **Exhibit A** | Amended Complaint, *Lively v. Wayfarer Studios LLC, et al.*, U.S. District Court for the Southern District of New York, Case No. 1:25-cv-00449-LJL ("New York Litigation"), February 18, 2025, Dkt. 84 |
| **Exhibit B** | Affidavit of Kelly Murski, Process Server, January 30, 2025 |
| **Exhibit C** | Affidavit of Aaron Camp, Process Server, February 3, 2025 |
| **Exhibit D** | Articles of Incorporation of Street Relations, Inc., Secretary of State of the State of California, August 29, 2008 |
| **Exhibit E** | Certificate of Conversion of a Foreign Entity Converting to a Texas Filing Entity, Street Relations, Inc., State of Texas, February 5, 2025 |
| **Exhibit F** | Certificate of Conversion, Street Relations, Inc., State of California, February 6, 2025 |
| **Exhibit G** | Megan Twohey, Mike McIntire, & Julie Tate, *'We Can Bury Anyone': Inside a Hollywood Smear Machine*, THE NEW YORK TIMES, December 21, 2024, New York Litigation, Dkt. 107-1 |

| **Exhibit H** | Original Complaint, New York Litigation, December 31, 2024, Dkt. 1 |
|---|---|
| **Exhibit I** | Complaint, *Wayfarer Studios LLC, et al. v. The New York Times Company*, Superior Court of California, County of Los Angeles, Case No. 24STCV34662, January 2, 2025 |
| **Exhibit J** | January 23-28, 2025 emails from Bryan Freedman concerning service of process on Jed Wallace |
| **Exhibit K** | Transcript of Initial Pretrial Hearing, New York Litigation, February 3, 2025 |
| **Exhibit L** | Petitioner's Notice of Nonsuit Without Prejudice, February 4, 2025 |
| **Exhibit M** | Declaration of Jed Wallace, New York Litigation, March 18, 2025 Dkt. 142-1 |
| **Exhibit N** | Memorandum of Law in Support of Defendants' Motion to Dismiss or, in the alternative, Motion to Sever and to Transfer Venue, New York Litigation, March 19, 2025, Dkt. 142 |
| **Exhibit O** | Declaration of Laura Lee Prather |
| **Exhibit O-1** | Legislative History Report and Analysis for Assembly Bill 933 |