# EXHIBIT C

## Affidavit in Support of Motion for Substitute Service

**State of Texas**  **County of Hays**  **483rd Judicial District Court**

Case Number: 25-0200-DCF

**IN RE:**
**BLAKE LIVELY,**

   Petiioner,

**REQUESTING DEPOSITION OF:**
**JED WALLACE**

Received these papers on the 27th day of January, 2025 at 4:00 pm to be served on **JED WALLACE, 294 Barton Bend Road, Dripping Springs, Hays County, TX 78620**.

I, Aaron Camp, being duly sworn, depose and say that on the **3rd day of February, 2025** at **7:00 am, I:**

deemed it impractical to personally deliver the **Citation and Blake Lively's Verified Petition for Rule 202 Deposition with Exhibit A** to the named defendant, **JED WALLACE,** in the above numbered and styled cause. I have attempted to make personal delivery to the defendant at the defendant's place of abode, being **294 Barton Bend Road, Dripping Springs, Hays County, TX 78620** which was established personally in my efforts.

I believe the defendant can and will be given notice of these proceedings by delivering to anyone over the age of sixteen (16) at the defendant's usual place of abode or by attaching the above listed documents to the front entrance of the defendant's usual place of abode.

**Additional Information pertaining to this Service:**

1/27/2025  7:00 pm  Attempted service at 294 Barton Bend Road, Dripping Springs, TX 78620. This property is gated and there is not a call box. There were no vehicles present, but I could see lights on throughout the house and I did see someone moving inside the home.

1/28/2025  9:45 am  Attempted service again at 294 Barton Bend Road, Dripping Springs, TX 78620. I was still unable to gain access to the property. There were no vehicles seen and no movement around the house this morning.

1/28/2025  12:50 pm  Per HaysCAD.org, this property is owned and homestead by Jed Avery Wallace and Nicolette Jean (Exhibit A). Per the TLO report my office ran on Jed Avery Wallace, he renewed his driver license on 5/17/2024 at 294 Barton Bend Rd, Dripping Springs, Tx  78620.  (Exhibit B)

1/30/2025  8:22 am  Attempted service again at 294 Barton Bend Road, Dripping Springs, TX 78620. The gate was still closed and there were no vehicles visible from the gate & all of the garage doors were closed. I honked a couple of times & then left my calling card on the gate when I did not receive a response.

2/1/2025  4:33 pm  Attempted service again at 294 Barton Bend Road, Dripping Springs, TX 78620. I still was unable to gain access or make contact with anyone. I noticed that my calling card had been removed and as I was entering my notes,  a neighbor stopped to ask what & who I was looking for. I informed him that I had a delivery for Jed Wallace and he confirmed that Mr. Wallace does live at this address, but he travels a lot and rarely home.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 3rd day of February, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

SCOTT L THOMAS
Notary ID #10407286
My Commission Expires
January 9, 2028

Aaron Camp
PSC # 25639 / Exp. 1/31/2027

Our Job Serial Number: THP-2025000529
Ref: 0270343



# EXHIBIT "A"

# Hays County, Texas Property Report for account R161288

Home (/)    About (/about/)

## Property Report: R161288

| Property Location | 294 BARTON BND, DRIPPING SPRINGS, TX 78620 <br> DRIPPING SPRINGS, TX 78620 |
|---|---|
| Owner Name | WALLACE, JED AVERY & NICOLETTE JEAN |
| Owner Address | 294 BARTON BEND RD <br><br> DRIPPING SPRINGS, TX 78620 |
| Legal Description | MEDLIN CREEK RANCH PHASE V, Lot 2, ACRES 3.76 |

Want to learn more about this property, or need a report for your business?

Subscribers can print unlimited personalized reports with street maps, aerial imagery, land and building sketches, and much more.

Plans start at only 2.99 / month » (http://www.taxnetusa.com/pricing/report.php?data_state=texas&dataset=hays&theKey=R161288&situs=294+BARTON+BND%2C+DRIPPING+SPRINGS%2C+TX++78620&owner=WALLACE%2C+JED+AVERY+%26+N

Search Hays County CAD property records for free, and find ownership information, legal descriptions, and more.

Before going to the Hays County tax office or Hays County appraisal district, search Hays CAD files online for free.

This private website is paid for by sponsorships, and is not affiliated with any government agency.

Free Public Search sponsored by:

 **WHOOWNSIT?**

- Professional Real Estate Mobile App
- For iOS and Android
- Find out who owns any property

whoownsit.com (http://whoownsit.com)

© 2025 TaxNetUSA, Inc.

# EXHIBIT "B"

FOR PROCESS SERVING PURPOSES ONLY                          JED WALLACE 294 BARTON BEND DRIPPING SPRINGS TX-People-Search-202501271741

JED AVERY WALLACE , 54 Years Old  (Texas, Pennsylvania, California, Kentucky) to 01/27/2025)

294 BARTON BEND RD, DRIPPING SPRINGS, TX 78620-5645 (HAYS COUNTY) (04/04/2024

**JED AVERY WALLACE** (09/02/1995 to 11/05/2024)

Other Observed Names
**A WALLACE** (09/02/2000 to 10/31/2024)
**JED X WALLACE** (08/03/2024)
**JED WALLCE** (02/14/2013 to 07/06/2020)

SSN: ▓▓▓-▓▓-7329
Issued: PENNSYLVANIA 1986-1988

Other SSNs this person has used. This does not usually indicate fraud.
**XXX-XX-4329**

Date of Birth
DOB: **XX/XX/1970** (98%)
Age: 54

Gender: Male
Dates at Searched Location: 04/04/2024 to 01/27/2025

Driver's License Detail:
DL#: ▓▓▓▓▓▓▓
Issuing State: TX
ID Type: DL

JED AVERY WALLACE
294 BARTON BEND RD, DRIPPING SPRINGS, TX 78620-5645 (HAYS COUNTY)
DOB: XX/XX/1970
Issued: 05/17/2024
First Issued: 05/17/2024

**Possible Relatives**
Carolina A Padilla **1971** Age: 54
Nicolette Rahm **1987** Age: 37
Avery Charles Wallace **1999** Age: 25
Linda Sue Wallace **1944** Age: 80 Died at
Riley L Wallace **2001** Age: 23
Roger D Wallace **1944** Age: 80 Died at 77
Carol Ann Wilkie **1948** Age: 76 Died at 67

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
Chatsworth, CA (05/2011 to 08/2012)
Granada Hills, CA (05/2000 to 11/01/2006)
Los Angeles, CA (06/23/1994 to 01/23/2003)
Marina Del Rey, CA (02/01/2011)
Northridge, CA (11/05/2003 to 11/06/2014)
Porter Ranch, CA (05/2000 to 07/01/2016)
Santa Monica, CA (12/17/1994 to 09/02/2014)
Simi Valley, CA (08/2012 to 02/23/2022)
Venice, CA (09/01/1994 to 01/23/2003)
Woodland Hills, CA (05/2011 to 05/06/2021)
Louisville, KY (05/2011)
Scranton, PA (10/01/1993)
South Abington Township, PA (03/1992 to 09/2022)
Dripping Springs, TX (06/11/2021 to 01/27/2025)

**Possible Phones**



**Counties**
Los Angeles County, CA (06/23/1994 to 05/06/2021)
Ventura County, CA (08/2012 to 02/23/2022)
Jefferson County, KY (05/2011 to 05/2011)
Lackawanna County, PA (03/1992 to 09/2022)
Hays County, TX (06/11/2021 to 01/27/2025)