# EXHIBIT D

FILED
in the office of the Secretary of State
of the State of California

AUG 2 9 2008

# ARTICLES OF INCORPORATION
# WITH STATEMENT OF CONVERSION

I

The name of this corporation is STREET RELATIONS INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

Jed Wallace
18523 Calle Vista Cr.
Porter Ranch, California 91326

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 10,000.

V
Statement of Conversion

The name of the converting California limited liability company is STREET RELATIONS LLC. The limited liability company's California Secretary of State file number is 200710210053. The principal terms of the plan of conversion were approved by a vote of the members, which equaled or exceeded the vote required under Section 17540.3. There is one class of members entitled to vote and the percentage vote required is a majority in interest of the members. The limited liability company is converting into a California stock corporation.

It is hereby declared that I am the person who executed this instrument, which execution is my act and deed.

_____
Jed Wallace, Manager of Street Relations LLC

_____
Christopher Fox, Incorporator