# EXHIBIT E

# State of California
## Secretary of State
### Certificate of Conversion

CONV-1A   File # _____

**For Office Use Only**

**-FILED-**

File No.: BA20250276380
Date Filed: 2/6/2025

Fee: $150.00 if a California corporation is the converting entity. $30.00 for all other conversions.

*This Space For Filing Use Only*

**Converted Entity Information**

1. Name of Converted Entity
   Street Relations Inc.

2. Form of Entity: for-profit corporation

3. Jurisdiction: Texas

4. Mailing Address of Principal Office of Converted Entity (Complete only if converting a California limited partnership.) — City / State / Zip Code

5. Street Address of Principal Office of Converted Entity - *Do not list a P.O. Box* (Complete only if converting a California limited liability company or a registered California general partnership.) — City / State / Zip Code

6. Street Address of the California Principal Office of Converted Entity, if any - *Do not list a P.O. Box* (Complete only if converting a registered California general partnership.) — City / State / Zip Code

7. If the converting entity is a California corporation, limited liability company, limited partnership or general partnership, you must designate an agent for service of process: Item 7a: List the name of an individual or a corporation registered in CA under California Corporations Code section 1505 that agrees to be your agent for service of process. You may not list the converted entity as the agent. Item 7b: If the agent is an individual, list the agent's business or residential street address. Item 7c: If the agent is an individual, list the mailing address of the converted entity's agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.

   a. Name of Agent For Service of Process
      Jed Avery Wallace

   b. If an individual, Street Address of Agent for Service of Process - *Do not list a P.O. Box*
      1801 Century Park W, 5th Floor   City: Los Angeles   State: CA   Zip Code: 90067

   c. If an individual, Mailing Address of Agent for Service of Process
      1801 Century Park W, 5th Floor   City: Los Angeles   State: CA   Zip Code: 90067

**Converting Entity Information**

8. Name of Converting Entity
   Street Relations Inc.

9. Entity Type: general stock corporation

10. Jurisdiction: California

11. CA Secretary of State Entity Number, if any: 3160418

12. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, the following was required for each class:

    The class and number of outstanding interests entitled to vote.   AND   The percentage vote required of each class.
    10,000 common shares                                                      majority

**Additional Information**

13. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

14. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge. I declare I am the person who executed this instrument, which execution is my act and deed.

Date: 2/5/2025

Signature of Authorized Person

Jed Avery Wallace, President
Type or Print Name and Title of Authorized Person

Signature of Authorized Person

Jed Avery Wallace, Secretary
Type or Print Name and Title of Authorized Person

CONV-1A (REV 12/2022)   2022 California Secretary of State