# EXHIBIT L

FILED
2/4/2025 12:07 PM
Amanda K. Calvert
District Clerk
Hays County, Texas

CAUSE NO. 25-0200-DCF

| | | |
|---|---|---|
| IN RE: <br> BLAKE LIVELY, <br><br> *Petitioner,* <br><br> REQUESTING DEPOSITION OF: <br> JED WALLACE. | § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br> 483rd JUDICIAL DISTRICT <br><br><br> HAYS COUNTY, TEXAS |

## PETITIONER'S NOTICE OF NONSUIT WITHOUT PREJUDICE

Pursuant to Texas Rule of Civil Procedure 162, Petitioner Blake Lively hereby voluntarily nonsuits without prejudice her Verified Petition for Rule 202 Deposition of Jed Wallace.

At a pretrial conference in the United States District Court for the Southern District of New York, held on February 3, 2025, counsel for Wayfarer parties, who is also counsel to Mr. Wallace, took the position that the interests of case management and efficiency counsel in favor of litigation related to the underlying dispute at issue in this Petition being raised and litigated in the S.D.N.Y. *See Lively v. Wayfarer Studios LLC, et al.*, 24-cv-10049 (LJL); *Wayfarer Studios LLC, et al.*, 25-cv-449 (LJL). Thus, for purposes of judicial economy, Petitioner is voluntarily filing this nonsuit without prejudice.

| | |
|---|---|
| February 4, 2025 | Respectfully submitted,<br><br>By: */s/ Laura Lee Prather*<br>Laura Lee Prather<br>State Bar No. 16234200<br>laura.prather@haynesboone.com<br>HAYNES BOONE, LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>Telephone:     (512) 867-8400<br>Telecopier:    (512) 867-8470<br><br>Michael J. Gottlieb<br>mgottlieb@willkie.com<br>Kristin E. Bender<br>kbender@willkie.com<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 303-1000<br><br>Esra A. Hudson<br>Stephanie A. Roeser<br>Catherine Rose Noble<br>MANATT, PHELPS, & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>(310) 312-4000<br>Email: ehudson@manatt.com<br>sroeser@manatt.com<br>cnoble@manatt.com<br><br>**ATTORNEYS FOR PETITIONER BLAKE LIVELY** |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carey Wallick on behalf of Laura Prather
Bar No. 16234200
carey.wallick@haynesboone.com
Envelope ID: 96959455
Filing Code Description: Notice
Filing Description: Notice of Nonsuit Without Prejudice
Status as of 2/4/2025 12:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lori Mitchell | | Lori.Mitchell@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Laura Prather | | laura.prather@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Reid Pillifant | | Reid.Pillifant@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Carey Wallick | | carey.wallick@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Hannah Keck | | hannah.keck@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Michael Gottlieb | | mgottlieb@willkie.com | 2/4/2025 12:07:19 PM | SENT |
| Kristin Bender | | kbender@willkie.com | 2/4/2025 12:07:19 PM | SENT |
| Esra Hudson | | ehudson@manatt.com | 2/4/2025 12:07:19 PM | SENT |
| Stephanie Roeser | | sroeser@manatt.com | 2/4/2025 12:07:19 PM | SENT |
| Catherine Noble | | cnoble@manatt.com | 2/4/2025 12:07:19 PM | SENT |