# EXHIBIT O

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,** | § | |
| **STREET RELATIONS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-cv-00163-DAE** |
| | § | |
| **BLAKE LIVELY,** | § | |
| | § | |
| **Defendant.** | § | |

---

**DECLARATION OF LAURA LEE PRATHER IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER
VENUE, AND FAILURE TO STATE A CLAIM UNDER FEDERAL RULES OF CIVIL
PROCEDURE 12(b)(2), 12(b)(3), 12(b)(6)**

---

Pursuant to 28 U.S.C. § 1746, Laura Lee Prather declares:

1.      My name is Laura Lee Prather. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am a partner at Haynes and Boone, LLP and represent Defendant Blake Lively in this case. The following statements are made within my personal knowledge and are true and correct.

2.      I submit this Declaration in support of Ms. Lively's Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6).

3.      Attached as <u>Exhibit O-1</u> is a true and correct copy of the Legislative History Report and Analysis for Assembly Bill 933 (Aguiar-Curry & Ward – 2023), Chapter 670, Statutes of 2023, which includes a business record declaration regarding the compilation therein.

4.      I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 4th day of April, 2025.

/s/ *Laura Lee Prather*
Laura Lee Prather