UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, § | | |
| STREET RELATIONS, INC. § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:25-cv-163 | |
| § | | |
| BLAKE LIVELY, § | | |
| § | | |
| *Defendant.* § | | |

## PLAINTIFFS' LOCAL RULE CV-15 NOTICE

Plaintiffs Jed Wallace and Street Relations, Inc., file this notice under Local Rule CV-15 to inform the Court and Defendant Blake Lively that Wallace and Street will amend their complaint within 21 days of Lively's Rule 12 Motion to Dismiss, served April 4, 2025.

Dated: April 18, 2025

Respectfully submitted,

JACKSON WALKER LLP
/s/ *Charles L. Babcock*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110  [FAX]
cbabcock@jw.com
jglover@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave., Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 391-2113 [FAX]
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 661-6609  [FAX]
cbutzer@jw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ Charles L. Babcock*
Charles L. Babcock
