UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, | § | |
| STREET RELATIONS, INC. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-163 |
| | § | |
| BLAKE LIVELY, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

Please take notice that Minoo Blaesche of Jackson Walker LLP is entering her appearance in this matter as an additional attorney of record for Plaintiffs Jed Wallace and Street Relations, Inc. Minoo Blaesche's contact information is:

Minoo Blaesche
Texas State Bar No. 24075102
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6160
Facsimile: (214) 661-6800
mblaesche@jw.com

Dated: April 24, 2025                                              Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Minoo Blaesche*
Minoo Blaesche
Texas State Bar No. 24075102
Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 [FAX]
mblaesche@jw.com
cbutzer@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave., Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 391-2113 [FAX]
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110 [FAX]
cbabcock@jw.com
jglover@jw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ Minoo Blaesche*
Minoo Blaesche

44781443v.1