IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CASE NO. 1:25-cv-00163-DAE |
| § | |
| BLAKE LIVELY, § | |
| § | |
| Defendant. § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Blake Lively ("Lively") files this Unopposed Motion to Extend Deadline for Defendant to Respond to Plaintiffs' First Amended Complaint ("Motion") and respectfully shows the following:

Plaintiffs filed a First Amended Complaint ("FAC") on April 25, 2025. Dkt. 21. Defendant asks that the Court extend the deadline for Lively to respond to the FAC from May 9, 2025 to May 16, 2025. Plaintiffs do not oppose this request.[1]

This Motion is made in good faith and not for the purpose of causing undue delay. Lively does not waive any challenge to personal jurisdiction by filing this Motion, which does not constitute a general appearance.

WHEREFORE, Lively respectfully requests that the Court grant the Motion to Extend Deadline for Defendant to Respond to Plaintiffs' First Amended Complaint and that Defendant's

---

[1] Plaintiffs also do not oppose Lively's request to file her response to the FAC in excess of 20 pages. At the time of filing, Lively will submit an unopposed motion for leave to file motion in excess of 20 pages.

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**    1

deadline to respond to the FAC be extended from May 9, 2025 to May 16, 2025.

                Respectfully submitted,

                */s/ Laura Lee Prather*
                Laura Lee Prather
                Texas Bar No. 16234200
                laura.prather@haynesboone.com
                Catherine L. Robb
                Texas Bar No. 24007924
                catherine.robb@haynesboone.com
                Michael J. Lambert
                Texas Bar No. 24128020
                michael.lambert@haynesboone.com
                Reid Pillifant
                Texas Bar No. 24126157
                reid.pillifant@haynesboone.com

                **HAYNES AND BOONE, LLP**
                98 San Jacinto Blvd., Suite 1500
                Austin, Texas 78701
                Telephone: (512) 867-8400
                Facsimile: (512) 867-8470

                **ATTORNEYS FOR DEFENDANT**
                **BLAKE LIVELY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of May 2025, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

                */s/ Laura Lee Prather*
                Laura Lee Prather