# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JED WALLACE,** | § | |
| **STREET RELATIONS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **CASE NO. 1:25-cv-00163-DAE** |
| | § | |
| **BLAKE LIVELY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The Court, having considered Defendant Blake Lively's ("Lively") Unopposed Motion to Extend Deadline for Defendant to Respond to Plaintiffs' First Amended Complaint ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Lively's deadline to respond to Plaintiffs' First Amended Complaint is extended from May 9, 2025 to May 16, 2025.

**IT IS SO ORDERED.**

Signed this _____ day of _____ 2025.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE