**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,** | § | |
| **STREET RELATIONS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-cv-00163-DAE** |
| | § | |
| **BLAKE LIVELY,** | § | |
| | § | |
| **Defendant.** | § | |

---

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
MOTION IN EXCESS OF 20 PAGES**

---

Defendant Blake Lively files this Unopposed Motion for Leave to File Motion in Excess of 20 Pages ("Motion") and shows the following:

Local Rule CV-7(c)(2) states that motions other than discovery and case management motions are limited to 20 pages. Defendant seeks leave to file a Rule 12(b) Motion to Dismiss of up to 35 pages in order to fully respond to the allegations in the Amended Complaint and address the many complex legal issues in this case. A copy of the Rule 12(b) Motion to Dismiss is attached.

Defendant seeks this relief for good cause and in the interest of justice. Plaintiffs Jed Wallace and Street Relations, Inc. do not oppose the Motion. Defendant does not waive any challenge to personal jurisdiction by filing this Motion, which does not constitute a general appearance.

WHEREFORE, Defendant respectfully requests that this Court grant the Unopposed Motion for Leave and permit Defendant to file a Rule 12(b) Motion to Dismiss in excess of the page limit in the Court's Local Rules.

Respectfully submitted,

*/s/ Laura Lee Prather*
Laura Lee Prather
Texas Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
Texas Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
Texas Bar No. 24128020
michael.lambert@haynesboone.com
Reid Pillifant
Texas Bar No. 24126157
reid.pillifant@haynesboone.com

**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

**ATTORNEYS FOR DEFENDANT
BLAKE LIVELY**

## CERTIFICATE OF CONFERENCE

I certify that on May 1, 2025, I conferred with Plaintiffs' counsel, Chip Babcock, by email who informed me that the relief requested in the Motion is unopposed.

*/s/ Michael Lambert*
Michael Lambert

## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2025, a true and correct copy of the above document was served

via the CM/ECF system on all counsel of record.

*/s/ Laura Lee Prather*
Laura Lee Prather