UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC. § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-163 |
| § | |
| BLAKE LIVELY, § | |
| § | |
| *Defendant.* § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Jed Wallace and Street Relations, Inc. ("Plaintiffs") files this Unopposed Motion to Extend Deadline for its response to Defendant's Motion to Dismiss First Amended Complaint and shows the following.

Plaintiffs filed a First Amended complaint on April 25, 2025. Dkt. 21. On May 16, 2025, after an unopposed extension, Defendant filed her Motion to Dismiss Plaintiffs' First Amended Complaint. Plaintiffs ask the Court for the reciprocal extension of the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss from May 30, 2025 to June 6, 2025. Defendant dose not oppose this request, as she offered that "Mr. Wallace would have 21 days to file an opposition"—a week longer than the 14 days to respond under the local rules. The Motion is made in good faith and not for the purpose of causing undue delay.

Plaintiffs respectfully requests that the Court grant the Motion to Extend and that Plaintiffs' deadline to respond to the Defendant's Motion to Dismiss be extended from May 30, 2025 to June 6, 2025.

Dated: May 19, 2025                    Respectfully submitted,

**JACKSON WALKER LLP**

Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
Tori Emery
Texas Bar No. 24126228
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110  [FAX]
cbabcock@jw.com
jglover@jw.com
temery@jw.com

/s/ *Matt Dow*
Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave., Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 391-2113 [FAX]
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

Minoo Blaesche
Texas State Bar No. 24075102
Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 [FAX]
mblaesche@jw.com
cbutzer@jw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 1, 2025, the parties agreed via email to reciprocal extensions of time, so that "Mr. Wallace would have 21 days to file an opposition." Accordingly, the Defendant is not opposed to this motion.

>*/s/ Charles Babcock*
>Charles L. Babcock

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

>*/s/Matt Dow*
>Matt Dow