# EXHIBIT H

IN THE 483rd JUDICIAL DISTRICT COURT
COUNTY OF HAYS, STATE OF TEXAS

CAUSE NO. 25-0200-DCF

IN RE: BLAKE LIVELY

AFFIDAVIT

Before me, the undersigned authority did personally appear Kelly Murski, and being first duly sworn by me did testify to the following:

"My name is Kelly Murski. I am a certified private process server in and for the State of Texas. On 1/22/2025, I received a Citation and Blake Lively's Verified Petition for Rule 202 Deposition for service to the defendant:

JED WALLACE
294 BARTON BEND ROAD
DRIPPING SPRINGS, TX 78620

"I attempted to deliver the above listed documents to the defendant at the above addresses with results as follows:

1/22/25 at 5:45 PM – Property is gated. Unable to get anyone's attention by honking the car's horn. I called and texted the defendant's phone number but I received no reply.

1/23/25 at 1:09 PM - I received a text message from #310/403-0559 stating "*Jed Wallace is represented by counsel. The law firm Liner Freedman Taitelman+Cooley, LLP will accept service for him. Do not try to serve him again. Thank you.*"

1/24/25 at 8:55 AM - I texted the one who texted me and asked for their name. They texted back, "*Tamar Yeghiayan. Yes, they are aware. We received the letter.*"

1/24/25 at 2:28 PM - I called the number to tell her that there must be some miscommunication as the attorneys have received no contact from that law firm; but she replied that they had received an email from Laura Prather.

1/24/25 at 8:15 PM - Property is gated. Unable to get anyone's attention by honking the car's horn.

1/25/24 at 11:30 AM - Property is gated. Unable to get anyone's attention by honking the car's horn. Gray Honda was in the driveway.

"Service was discontinued on 1/27/2025, at the attorney's request.

"Further, affiant saith not."

KELLY MURSKI
PSC #5912; Exp. Date: 10/31/2024
ASSURED CIVIL PROCESS AGENCY
5926 Balcones Dr. #290, Austin, TX 78731

Page 1 of 2

STATE OF TEXAS }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 30th day of January 2025.

[Notary Seal: DANA L. McMICHAEL, ID #4733578, My Commission Expires April 23, 2028]

_____
NOTARY PUBLIC