# EXHIBIT L

FILED
2/4/2025 12:07 PM
Amanda K. Calvert
District Clerk
Hays County, Texas

### CAUSE NO. 25-0200-DCF

| | | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| BLAKE LIVELY, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | **483ʳᵈ JUDICIAL DISTRICT** |
| REQUESTING DEPOSITION OF: | § | |
| JED WALLACE. | § | |
| | § | |
| | § | HAYS COUNTY, TEXAS |
| | § | |
| | § | |

### PETITIONER'S NOTICE OF NONSUIT WITHOUT PREJUDICE

Pursuant to Texas Rule of Civil Procedure 162, Petitioner Blake Lively hereby voluntarily nonsuits without prejudice her Verified Petition for Rule 202 Deposition of Jed Wallace.

At a pretrial conference in the United States District Court for the Southern District of New York, held on February 3, 2025, counsel for Wayfarer parties, who is also counsel to Mr. Wallace, took the position that the interests of case management and efficiency counsel in favor of litigation related to the underlying dispute at issue in this Petition being raised and litigated in the S.D.N.Y. *See Lively v. Wayfarer Studios LLC, et al.*, 24-cv-10049 (LJL); *Wayfarer Studios LLC, et al.*, 25-cv-449 (LJL). Thus, for purposes of judicial economy, Petitioner is voluntarily filing this nonsuit without prejudice.

February 4, 2025

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
HAYNES BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone:      (512) 867-8400
Telecopier:      (512) 867-8470

Michael J. Gottlieb
mgottlieb@willkie.com
Kristin E. Bender
kbender@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Telephone: (202) 303-1000

Esra A. Hudson
Stephanie A. Roeser
Catherine Rose Noble
MANATT, PHELPS, & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
Email: ehudson@manatt.com
sroeser@manatt.com
cnoble@manatt.com

**ATTORNEYS FOR PETITIONER**
**BLAKE LIVELY**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carey Wallick on behalf of Laura Prather
Bar No. 16234200
carey.wallick@haynesboone.com
Envelope ID: 96959455
Filing Code Description: Notice
Filing Description: Notice of Nonsuit Without Prejudice
Status as of 2/4/2025 12:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lori Mitchell | | Lori.Mitchell@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Laura Prather | | laura.prather@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Reid Pillifant | | Reid.Pillifant@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Carey Wallick | | carey.wallick@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Hannah Keck | | hannah.keck@haynesboone.com | 2/4/2025 12:07:19 PM | SENT |
| Michael Gottlieb | | mgottlieb@willkie.com | 2/4/2025 12:07:19 PM | SENT |
| Kristin Bender | | kbender@willkie.com | 2/4/2025 12:07:19 PM | SENT |
| Esra Hudson | | ehudson@manatt.com | 2/4/2025 12:07:19 PM | SENT |
| Stephanie Roeser | | sroeser@manatt.com | 2/4/2025 12:07:19 PM | SENT |
| Catherine Noble | | cnoble@manatt.com | 2/4/2025 12:07:19 PM | SENT |