IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE,<br>STREET RELATIONS, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:25-cv-00163-DAE |

# ORDER

The Court, having considered Defendant Blake Lively's Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim under FRCP 12(b)(2), 12(b)(3), and 12(b)(6) ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in accordance with Cal. Code Civ. Proc. § 425.16(c)(1) and Cal. Civ. Code § 47.1(b), Defendant is entitled to recover her attorney's fees and costs. Defendant is ordered to submit evidence of her fees and costs within 14 days from the date of this Order.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

_____
JUDGE DAVID ALAN EZRA