UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, STREET RELATIONS, INC. | § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | CIVIL ACTION NO. 1:25-cv-163 |
| BLAKE LIVELY, | | |
| *Defendant.* | | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF 20 PAGES**

Plaintiffs Jed Wallace and Street Relations, Inc. ("Plaintiffs") files this Unopposed Motion for Leave to file their Response to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint in excess of 20 pages and shows the following.

Plaintiffs filed a First Amended Complaint on April 25, 2025. Dkt. 21. Local Rule CV-7(c)(2) limits dispositive motions to 20 pages. Plaintiffs and Defendants had an email agreement to extend the time to file the motion to dismiss and corresponding response, plus extending the deadlines. On May 16, 2025, after an unopposed Motion for Leave to exceed page limitations up to 35 pages, *see* Dkt. 24, Defendant filed her Motion to Dismiss Plaintiffs' First Amended Complaint. Plaintiffs

ask the Court for the reciprocal extension of the page limit for their response to the overlength Motion to Dismiss. Defendant does not oppose this request.

Plaintiffs respectfully request that the Court grant the Motion for Leave to File Response in Excess of 20 Pages and file Plaintiffs Response that is 35 pages or fewer attached to this motion.

Dated: June 6, 2025                                       Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Charles L. Babcock*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
Tori Emery
Texas Bar No. 24126228
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110 [FAX]
cbabcock@jw.com
jglover@jw.com
temery@jw.com

Minoo Blaesche
Texas State Bar No. 24075102
Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 [FAX]
mblaesche@jw.com

        cbutzer@jw.com

        Matt Dow
        Texas Bar No. 06066500
        Katharine Lee Carmona
        Texas Bar No. 00787399
        Cody Lee Vaughn
        Texas Bar No. 24115897
        100 Congress Ave., Suite 1100
        Austin, TX 78701
        (512) 236-2000
        (512) 391-2113 [FAX]
        mdow@jw.com
        kcarmona@jw.com
        cvaughn@jw.com

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on May 1, 2025, the parties agreed via email of Plaintiffs' request for leave to file response in excess of 20 pages. Accordingly, the Defendant is not opposed to this motion.

*/s/ Charles Babcock*
Charles L. Babcock

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ Charles Babcock*
Charles L. Babcock
