UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, <br> STREET RELATIONS, INC. <br><br> *Plaintiffs*, <br><br> v. <br><br> BLAKE LIVELY, <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 1:25-cv-163 |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE
RESPONSE IN EXCESS OF 20 PAGES**

Before the Court is Plaintiffs Jed Wallace and Street Relations, Inc.'s ("Plaintiffs") Unopposed Motion for Leave to File Response in Excess of 20 Pages ("Motion"), in which the Plaintiffs seek to file their Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint that is 35 pages or fewer. Have considered the Motion, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the parties Unopposed Motion for Leave to File Response in Excess of 20 Pages is GRANTED and Plaintiffs may file a response 35 pages or fewer.

SIGNED this _____ day of June, 2025.

                                              _____
                                              DAVID A. EZRA
                                              UNITED STATES DISTRICT JUDGE