IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CASE NO. 1:25-cv-00163-DAE |
| § | |
| BLAKE LIVELY, § | |
| § | |
| Defendant. § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF HER MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Blake Lively ("Lively") files this Unopposed Motion to Extend Deadline to file Reply in Support of her Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion") and respectfully shows the following:

Lively filed a Motion to Dismiss Plaintiffs' First Amended Complaint on May 16, 2025. After receiving an extension to respond to Lively's Motion to Dismiss, Plaintiffs filed their Response to Lively's Motion to Dismiss on June 6, 2025. Lively now requests a seven-day extension of the deadline to file a Reply in Support of her Motion to Dismiss, from June 13, 2025 to June 20, 2025. Plaintiffs do not oppose this request.[1]

This Motion is made in good faith and not for the purpose of causing undue delay. Lively does not waive any challenge to personal jurisdiction by filing this Motion, which does not constitute a general appearance.

---

[1] Plaintiffs also do not oppose Lively's request to file a Reply in support of her Motion to Dismiss in excess of 10 pages. At the time of filing, Lively will submit an unopposed motion for leave to file motion in excess of 10 pages.

WHEREFORE, Lively respectfully requests that the Court grant this Unopposed Motion to Extend Deadline to file Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint and that Lively's deadline to file a Reply be extended from June 13, 2025 to June 20, 2025.

        Respectfully submitted,

        */s/ Laura Lee Prather*
Laura Lee Prather
Texas Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
Texas Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
Texas Bar No. 24128020
michael.lambert@haynesboone.com
Reid Pillifant
Texas Bar No. 24126157
reid.pillifant@haynesboone.com

**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

**ATTORNEYS FOR DEFENDANT BLAKE LIVELY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of June 2025, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

        */s/ Laura Lee Prather*
Laura Lee Prather