**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| JED WALLACE, <br> STREET RELATIONS, INC., | § <br> § <br> § | |
| Plaintiffs, | § <br> § | |
| v. | § <br> § | CASE NO. 1:25-cv-00163-DAE |
| BLAKE LIVELY, | § <br> § <br> § | |
| Defendant. | § | |

**ORDER**

The Court, having considered Defendant Blake Lively's ("Lively") Unopposed Motion to Extend Deadline to file Reply in Support of her Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Lively's deadline to respond to file a reply in support of her Motion to Dismiss is extended from June 13, 2025 to June 20, 2025.

**IT IS SO ORDERED.**

Signed this _____ day of _____ 2025.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE