UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, § | | |
| STREET RELATIONS, INC. § | | |
| § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 1:25-cv-163 |
| § | | |
| BLAKE LIVELY, § | | |
| § | | |
| *Defendant.* § | | |

**PLAINTIFFS' NOTICE OF BLAKE LIVELY'S DISMISSAL OF CLAIMS**

Plaintiffs Jed Wallace and Street Relations, Inc. file this notice for the Court to be aware of Docket Entry 337 in *Lively v. Wayfarer Studios, et al.*, 1:24-cv-10049-LJL, (S.D.N.Y. June 16, 2025).

Plaintiffs ask the Court to take judicial notice of the attached docket entry in the New York Litigation which dismisses Blake Lively's claim for intentional infliction of emotional distress (Tenth Cause of Action) against Jed Wallace, Street Relations and others with prejudice. *See In re Deepwater Horizon*, 934 F.3d 434, 440 (5th Cir. 2019) (granting "motion to take judicial notice of the docket and complaint in" a district court case); *Brown v. Lippard*, 350 Fed. App'x 879, 883 n.2 (5th Cir. 2009) (taking judicial notice of the docket entry); *Ernst v. Ocwen Loan Servicing, LLC*, No. 1:18-CV-428-RP, 2019 WL 7761444, at *2 n.3 (W.D. Tex. Nov. 22, 2019) (taking

judicial notice of bankruptcy action). That removes one of three causes of action asserted by Ms. Lively against Street and Wallace in the New York Litigation. Although Ms. Lively's eleventh cause of action (negligent infliction of emotional distress) is also dismissed with prejudice, that claim was never asserted against Street or Wallace.

Dated: June 17, 2025

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Matt Dow*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
Tori Emery
Texas Bar No. 24126228
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110 [FAX]
cbabcock@jw.com
jglover@jw.com
temery@jw.com

Minoo Blaesche
Texas State Bar No. 24075102
Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 [FAX]
mblaesche@jw.com
cbutzer@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave., Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 391-2113 [FAX]
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ Matt Dow*
Matt Dow