UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BLAKE LIVELY,

               Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

               Defendants.

Civ. Action No. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)
rel. 1:25-cv-00449-LJL

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

------------------------------------------------------------------ x
JENNIFER ABEL,

               Third-Party Plaintiff,

v.

JONESWORKS LLC,

               Third-Party Defendant.

------------------------------------------------------------------ x
WAYFARER STUDIOS LLC,
JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,

               Plaintiffs,

v.

BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,

               Defendants.

------------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned actions, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) plaintiff Blake Lively hereby withdraws and dismisses the Tenth Cause of Action (intentional infliction of emotional distress) and the Eleventh Cause of Action (negligent infliction of emotional distress) asserted in her Amended Complaint (Dkt. 84) with prejudice, with each party to bear their own costs and fees, and without the withdrawal or dismissal of any other claim, counterclaim or third-party claim asserted herein.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

Dated: June 13, 2025

| MANATT, PHELPS & PHILLIPS, LLP | MEISTER SEELIG & FEIN PLLC |
|---|---|
| /s/ Esra A. Hudson<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew Bruno<br>7 Times Square<br>New York, NY 10036<br>mbruno@manatt.com<br><br>WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>Meryl C. Governski (admitted *pro hac vice*)<br>1875 K Street NW<br>Washington, DC 200006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br>mgovernski@willkie.com<br><br>Aaron E. Nathan<br>787 7th Avenue<br>New York, NY 10019<br>anathan@willkie.com<br><br>*Attorneys for Plaintiff Blake Lively and Consolidated Defendant Ryan Reynolds* | /s/ Mitchell Schuster<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>(202) 655-3500<br>ms@msf-law.com<br>kaf@msf-law.com<br><br>LINER FREEDMAN TAITELMAN + COOLEY, LLP<br>Bryan J. Freedman (admitted *pro hac vice*)<br>Ellyn S. Garofalo (admitted *pro hac vice*)<br>Miles M. Cooley (admitted *pro hac vice*)<br>Theresa M. Troupson (admitted *pro hac vice*)<br>Summer Benson (admitted *pro hac vice*)<br>Jason Sunshine<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>(310) 201-0005<br>bfreedman@lftcllp.com<br>mcooley@lftcllp.com<br>ttroupson@lftcllp.com<br>sbenson@lftcllp.com<br>jsunshine@lftcllp.com<br><br>Mitra Ahouraian<br>2029 Century Park East<br>Ste 4th Floor<br>Los Angeles, CA 90067<br>(310) 867-2777<br>mitra@ahouraianlaw.com<br><br>*Attorneys for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel* |

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | DAVIS WRIGHT TREMAINE LLP |
| /s/ Sigrid S. McCawley<br>Sigrid S. McCawley<br>401 E Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com<br><br>Andrew Villacastin<br>Lindsey Ruff<br>Rachael Schafer<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 446-2300<br>avillacastin@bsfllp.com<br>lruff@bsfllp.com<br>rschafer@bsfllp.com<br><br>*Attorneys for Consolidated Defendants Leslie Sloane and Vision PR, Inc.* | /s/ Katherine M. Bolger<br>Katherine M. Bolger<br>Sam F. Cate-Gumpert (admitted *pro hac vice*)<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>(212) 489-8230<br>katebolger@dwt.com<br>samcategumpert@dwt.com<br><br>*Attorneys for Consolidated Defendant The New York Times Company* |
| JACKSON WALKER LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| /s/ Charles L. Babcock<br>Charles L. Babcock<br>Joel R. Glover<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>(713) 752-4300<br>cbabcock@jw.com<br>jglover@jw.com<br><br>*Attorneys for Defendants Jed Wallace, and Street Relations, Inc.* | /s/ Kristin Tahler<br>Kristin Tahler<br>865 S. Figueroa Street<br>Ste 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3615<br>kristintahler@quinnemanuel.com<br><br>*Attorney for Third-Party Defendant Jonesworks LLC* |

The claims are dismissed pursuant to Rule 15 or the Court's inherent power, with prejudice, with each party to bear its own costs and fees. *See Harvey Aluminum, Inc. v. Ican Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953), *cert. denied,* 345 U.S. 964 (1953). SO ORDERED.

Dated: June 16, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge