UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, § | | |
| STREET RELATIONS, INC. § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:25-cv-163 | |
| § | | |
| BLAKE LIVELY, § | | |
| § | | |
| *Defendant.* § | | |

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR AN ORDER REQUIRING THE PARTIES TO CONFER AND SUBMIT A PROPOSED SCHEDULING ORDER TO THE COURT**

Plaintiffs Jed Wallace and Street Relations, Inc. ("Plaintiffs") submit this reply to Defendant's response (Dkt. No. 35) to Plaintiffs' motion regarding the Rule 26(f) conference and the request for an initial status conference (Dkt. No. 34).

Plaintiffs note that, notwithstanding the parties' differing views on the timing of discovery, both sides agree that an initial status conference with the Court would be beneficial. Plaintiffs believe that such a conference is the appropriate forum to address any outstanding issues, including those raised in Defendant's response (Dkt. No. 35) and her recent motion styled as a notice (Dkt. No. 36), and to establish a constructive path forward for this case.

Plaintiffs do not believe it is necessary or productive to engage in further debate regarding the points made in Defendant's response. Instead, Plaintiffs are committed to working cooperatively with all parties and with the Court to resolve preliminary matters in a professional and respectful manner.

Accordingly, Plaintiffs respectfully request that the Court set an initial status conference at its earliest convenience, and that any other issues raised by the parties be addressed at that time or as the Court deems appropriate.

Dated: July 22, 2025

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Matt Dow*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
Tori Emery
Texas Bar No. 24126228
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110 [FAX]
cbabcock@jw.com
jglover@jw.com
temery@jw.com

Minoo Blaesche
Texas State Bar No. 24075102
Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 [FAX]
mblaesche@jw.com
cbutzer@jw.com

Matt Dow
Texas Bar No. 06066500
Katharine Lee Carmona
Texas Bar No. 00787399
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave., Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 391-2113 [FAX]
mdow@jw.com
kcarmona@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ Matt Dow*
Matt Dow