UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JED WALLACE, § | |
| STREET RELATIONS, INC. § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-163 |
| § | |
| BLAKE LIVELY, § | |
| § | |
| *Defendant.* § | |

### PLAINTIFFS' NOTICE OF APPEAL

Take notice that Plaintiffs Jed Wallace ("Wallace") and Street Relations, Inc. ("Street") (collectively, the "Wallace Parties"), pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1291, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the November 12, 2025 Order Granting Defendant's Motion to Dismiss (Dkt. 42).

Dated: December 12, 2025                    Respectfully submitted,

                                                                     **JACKSON WALKER LLP**

                                                                      */s/ Charles L. Babcock*
                                                                      Charles L. Babcock
                                                                      Texas Bar No. 01479500
                                                                      Joel Glover
                                                                       Texas Bar No. 24087593
                                                                      Tori Emery
                                                                      Texas Bar No. 24126228
                                                                      1401 McKinney, Suite 1900
                                                                      Houston, TX 77010
                                                                      (713) 752-4200
                                                                      (713) 308-4110  [FAX]
                                                                      cbabcock@jw.com
                                                                      jglover@jw.com
                                                                      temery@jw.com

                                                                      Minoo Blaesche

        Texas State Bar No. 24075102
        Carl C. Butzer
        Texas Bar No. 03545900
        2323 Ross Avenue, Suite 600
        Dallas, Texas 75206
        (214) 953-6000
        (214) 953-5822 [FAX]
        mblaesche@jw.com
        cbutzer@jw.com

        Matt Dow
        Texas Bar No. 06066500
        Cody Lee Vaughn
        Texas Bar No. 24115897
        100 Congress Ave., Suite 1100
        Austin, TX 78701
        (512) 236-2000
        (512) 391-2113 [FAX]
        mdow@jw.com
        cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to all counsel of record.

        */s/ Charles L. Babcock*
        Charles L. Babcock