**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,** | § | |
| **STREET RELATIONS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-cv-00163-DAE** |
| | § | |
| **BLAKE LIVELY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The Court, having considered Defendant Blake Lively's Motion for Costs and Attorneys' Fees ("Motion"), finds that the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Cal. Code Civ. Proc. § 47.1(b), Defendant is entitled to recover her attorney's fees and costs in this action, including her attorney's fees and costs incurred in connection with the Motion. Defendant is ordered to submit evidence of such fees and costs within 14 days from the date of this Order.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2026.

_____
JUDGE DAVID ALAN EZRA