**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Jed Wallace and Street Relations, Inc.**

_____

**-vs-**                                                    **Case No.:**    **1:25-cv-00163-DAE**

**Blake Lively**

_____

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Kristin Bender**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent _____**Blake Lively**_____ in this case, and would

respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Willkie Farr & Gallagher LLP**_____,

with offices at

Mailing address:     **1875 K Street, N.W.**_____

City, State, Zip Code:     **Washington, DC 20006-1238**_____

Telephone:     **202-303-1000**_____

Facsimile:     **202-303-2000**_____

Email:     **kbender@willkie.com**_____

2. Since **June 19, 2017**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York** ⊞ . Applicant's bar license number is **5513775**.

3. Applicant has been admitted to practice before the following courts:

Court: **See Exhibit 1**                                      Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   **N/A**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   **N/A**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **N/A**

7.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.    Select one:

☐    Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑    Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:              **Laura Lee Prather**

Mailing address:         **98 San Jacinto Blvd., Suite 1500**

City, State, Zip Code:       **Austin, Texas, 78701**

Telephone:               **512-867-8400**

9.    Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **Kristin Bender** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **Kristin Bender** _____
[printed name of Applicant]

_____ _(signature)_ _____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __26__ day of __April__, __2026__.

_____ **Kristin Bender** _____
[printed name of Applicant]

_____ _(signature)_ _____
[signature of Applicant]

# EXHIBIT 1

**Kristin Bender Court and Bar Memberships**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| District of Columbia | 1630559 | 12/04/2019 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 43042 | 05/12/2021 | Active |
| U.S. Court of Appeals for the Second Circuit | 1630559 | 03/05/2021 | Active |
| U.S. Court of Appeals for the Third Circuit | N/A | 09/12/2023 | Active |
| U.S. Court of Appeals for the Fourth Circuit | N/A | 07/28/2021 | Active |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 12/30/2025 | Active |
| U.S. Court of Appeals for the Ninth Circuit | N/A | 9/11/2023 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 590206536 | 12/16/2025 | Active |
| U.S. District Court for the Southern District of New York | 5513775 | 10/18/2022 | Active |
| U.S. District Court for the District of Columbia | 1630559 | 02/07/2022 | Active |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Jed Wallace and Street Relations, Inc.**

**-vs-**

**Case No.** _1:25-cv-00163-DAE_

**Blake Lively**

**O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission _Pro Hac Vice_ filed by _____**Kristin Bender**_____ ("Applicant"), counsel for _____**Blake Lively**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission _Pro Hac Vice_ is GRANTED, and Applicant may appear on behalf of _____**Blake Lively**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's _Pro Hac Vice_ status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE