**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Jed Wallace and Street Relations, Inc.**

_____

**-vs-**                                                      **Case No.:**   **1:25-cv-00163-DAE**

**Blake Lively**


_____


**MOTION FOR ADMISSION _PRO HAC VICE_**


TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Michael J. Gottlieb**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas _pro hac vice_ to represent _____**Blake Lively**_____ in this case, and would

respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Willkie Farr & Gallagher LLP**_____,

with offices at

Mailing address:      **2029 Century Park East**

City, State, Zip Code:      **Los Angeles, CA 90067-2905**

Telephone:      **310-855-3000**

Facsimile:      **301-855-3099**

Email:      **mgottlieb@willkie.com**

2.     Since **August 23, 2006**_____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of _____**New York**_____ ⊞ .

Applicant's bar license number is _____**4424149**_____.

3.     Applicant has been admitted to practice before the following courts:

Court:                                                    Admission date:

**See Exhibit 1**                              _____

_____              _____

_____              _____

_____              _____

4.     Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**N/A**_____

_____

5.     Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**N/A**_____

_____

6.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/A**_____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: **Laura Lee Prather**

Mailing address: **98 San Jacinto Blvd., Suite 1500**

City, State, Zip Code: **Austin, Texas, 78701**

Telephone: **512-867-8400**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **Michael J. Gottlieb** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **Michael J. Gottlieb** _____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __1__ day of __May_____, __2026_____.

_____ **Michael J. Gottlieb** _____
[printed name of Applicant]

_____
[signature of Applicant]

- 4 -

# EXHIBIT 1

**Michael J. Gottlieb Court and Bar Memberships**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| California | 261434 | 07/03/2025 | Active |
| District of Columbia | 974960 | 6/11/2007 | Active |
| U.S. Supreme Court | 273316 | 10/19/2009 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 55513 | 09/04/2014 | Active |
| United States Court of Appeals for the Second Circuit | N/A | 01/22/2015 | Active |
| U.S. Court of Appeals for the Third Circuit | N/A | 04/18/2022 | Active |
| U.S. Court of Appeals for the Fourth Circuit | N/A | 03/21/2017 | Active |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 11/18/2022 | Active |
| U.S. Court of Appeals for the Sixth Circuit | N/A | 12/07/2006 | Active |
| U.S. Court of Appeals for the Ninth Circuit | N/A | 03/17/2017 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 03766358 | 12/16/2025 | Active |
| U.S. Court of Appeals for the Federal Circuit | N/A | 10/01/2014 | Active |

| | | | |
|---|---|---|---|
| U.S. District Court for the District of Columbia | 10/06/2014 | 974960 | Active |
| U.S. District Court for the Southern District of New York | 4424149 | 03/12/2024 | Active |
| U.S. District Court for the Central District of California | 261434 | 07/16/2024 | Active |
| U.S. District Court for the District of Colorado | 2680458 | 01/07/2025 | Active |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Jed Wallace and Street Relations, Inc.**

**-vs-**                                                              Case No. ___1:25-cv-00163-DAE_____

**Blake Lively**

**O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20____, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

_____**Michael J. Gottlieb**_____ ("Applicant"), counsel for _____**Blake Lively**_____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of _____**Blake Lively**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE