**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Jed Wallace and Street Relations, Inc.**

_____

-vs-                                                                    Case No.  __1:25-cv-00163-DAE__

**Blake Lively**


_____

**O R D E R**

BE IT REMEMBERED on this the 5th day of May, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Aaron E. Nathan** ("Applicant"), counsel for _____**Blake Lively**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Blake Lively**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 5th  day of May, 2026.

_____

_____
David Alan Ezra
Senior United States District Judge