**Jackson Walker** LLP

Charles L. Babcock
(713) 752-4210 (Direct Dial)
(713) 308-4110 (Direct Fax)
cbabcock@jw.com

June 12, 2026

***Via ECF***
The Honorable David Alan Ezra
U.S. Magistrate Judge Dustin M. Howell
U.S. District Court for the Western District of Texas, Austin Division
262 West Nueva Street
San Antonio, Texas 78207

     Re:    Civil Action No. 1:25-cv-0163; ***Jed Wallace, et al. v. Blake Lively.***; In the United
               States District Court for the Western District of Texas, Austin Division.

Dear Judges Ezra and Howell:

     We write to make you aware of an Opinion and Order entered this morning in *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL, in the United States District Court for the Southern District of New York (the "Order"). (Ex. 1). The decision concerns an issue similar (but with some important differences) to Ms. Lively's motion pending before this court. (Dkt. 45). We are still digesting Judge Liman's forty seven page opinion but as it decides a matter of first impression under the same novel statute (Cal. Civ. Code § 47.1(a)) before this court, the Plaintiffs want to immediately advise you of (i) its existence and (ii) that they *may* seek to supplement the record including, without limitation, whether the Order is applicable in whole or in part to this case.

     Thank you as always for your consideration.

                         Very truly yours,

                         Charles L. Babcock

CLB/lad

cc:  Counsel of Record