**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| JED WALLACE,<br>STREET RELATIONS, INC., | § <br> § <br> § | |
| Plaintiffs, | § <br> § <br> § | |
| v. | § <br> § | CASE NO. 1:25-CV-00163-DAE |
| BLAKE LIVELY, | § <br> § <br> § | |
| Defendant. | § | |

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANT'S MOTION FOR COSTS AND ATTORNEY'S FEES**

Defendant Blake Lively respectfully submits this notice of supplemental authority to alert the Court to highly pertinent supplemental authority: Judge Liman's decision awarding attorney's fees to Ms. Lively under Section 47.1 in *Wayfarer Studios, LLC v. Lively*, No. 25-cv-449 (S.D.N.Y. June 12, 2026), ECF No. 234 ("SDNY Opinion"). In that opinion, Judge Liman held that Section 47.1 mandates a fee award to a prevailing defendant even where a Court "dismisse[s] the defamation claims on grounds other than the Section 47.1 privilege" and "before making any factual findings on the merits of the claims." *Id.* at 26. A copy of the opinion is attached hereto as **Exhibit 1**.

Judge Liman's decision is relevant to numerous issues raised by the parties in connection with Ms. Lively's pending motion for attorney's fees. For example:

- The opinion holds that Section 47.1 creates a substantive right to attorney's fees that is available in federal court. SDNY Opinion at 7-9, 21; *see* ECF No. 53 ("Wallace Opposition"), at 6-7; ECF No. 54 ("Lively Reply"), at 1-2.

- The opinion distinguishes anti-SLAPP statutes that require application of conflicting state procedural rules, explaining that Section 47.1 may apply in federal court because awarding fees does not require the Court to apply any conflicting state procedural rule. SDNY Opinion at 7-9; *see* Wallace Opposition at 7.

- Nonetheless, the opinion finds "analogy to California's anti-SLAPP statute . . . apt" for purposes of evaluating who is a prevailing defendant. SDNY Opinion at 31; Wallace Opposition at 18; Lively Reply at 9-10.

- The opinion holds that California law applies to Ms. Lively's fee-shifting claim because it applied to the underlying defamation claim. SDNY Opinion at 34-35.

- The opinion holds that a defendant is a "prevailing defendant" and is entitled to fees under Section 47.1 regardless of the grounds for dismissal. SDNY Opinion at 30-32; *see* Wallace Opposition at 13, 17-19; Lively Reply at 5-7.

- The opinion holds that under California law, a defamation plaintiff bears the burden to establish malice at every stage of the litigation and must ultimately prove malice at trial to avoid application of the Section 47.1 fee-shifting right—even sufficiently *alleging* malice is insufficient to avoid fee-shifting if the plaintiff does not ultimately prevail at trial. SDNY Opinion at 41-46; *see* Wallace Opposition at 14-17; Lively Reply at 5-8.

- Section 47.1's "reasonable basis" requirement requires only that a defendant "show that the information contained within the allegedly defamatory statement be the kind for which it would be reasonable to file a complaint;" it "does not require defendants to prove that their account of events occurred and that the plaintiff's did not." SDNY Opinion, at 40; *see* Wallace Opposition at 16.

Respectfully submitted,

*/s/ Michael J. Gottlieb*

Laura Lee Prather
Texas Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
Texas Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
Texas Bar No. 24128020
michael.lambert@haynesboone.com
Reid Pillifant
Texas Bar No. 24126157
reid.pillifant@haynesboone.com

**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

Michael Gottlieb (admitted *pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3111
mgottlieb@willkie.com

Kristin E. Bender (admitted *pro hac vice*)
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
(212) 782-8904
anathan@willkie.com

**WILLKIE FARR & GALLAGHER LLP**

**ATTORNEYS FOR DEFENDANT
BLAKE LIVELY**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 12th day of June 2026, a true and correct copy of the

above document was served via the CM/ECF system to all counsel of record.

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb