# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE,<br>STREET RELATIONS, INC. | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-163 |
| | § | |
| BLAKE LIVELY, | § | |
| | § | |
| *Defendant.* | § | |

### PLAINTIFFS JED WALLACE AND STREET RELATIONS, INC.'S
### NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT BLAKE LIVELY

TO:    Defendant Blake Lively, by and through her counsel of record, Michael Gottlieb, Kristin E. Bender, Aaron E. Nathan, Willkie Farr & Gallagher LLP, 2029 Century Park East, Los Angeles, California 90067, Laura Lee Prather, Catherine L. Robb, Michael J. Lambert, Reid Pillifant, Haynes and Boone, LLP, 98 San Jacinto Blvd., Suite 1500, Austin, Texas 78701.

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs Jed Wallace and Street Relations, Inc. ("Plaintiffs") will take the deposition upon oral examination of Defendant Blake Lively, commencing on August 4, 2026, at 10:00 a.m., at the offices of Lankler Siffert & Wohl LLP, 1185 Avenue of the Americas, New York, New York 10036, and continuing from day to day until completed. The deposition will be recorded stenographically and by videotape and audiotape before a qualified court reporter or other officer authorized by law to administer oaths and take testimony.

Dated: July 13, 2026                            Respectfully submitted,

                                               **JACKSON WALKER LLP**

                                               */s/ Charles L. Babcock*
                                               Charles L. Babcock
                                               Texas Bar No. 01479500
                                               Joel Glover
                                               Texas Bar No. 24087593
                                               Tori Emery
                                               Texas Bar No. 24126228
                                               1401 McKinney, Suite 1900
                                               Houston, TX 77010
                                               (713) 752-4200
                                               (713) 308-4110 [FAX]
                                               cbabcock@jw.com
                                               jglover@jw.com
                                               temery@jw.com

                                               Minoo Blaesche
                                               Texas State Bar No. 24075102
                                               Carl C. Butzer
                                               Texas Bar No. 03545900
                                               2323 Ross Avenue, Suite 600
                                               Dallas, Texas 75206
                                               (214) 953-6000
                                               (214) 953-5822 [FAX]
                                               mblaesche@jw.com
                                               cbutzer@jw.com

                                               Matt Dow
                                               Texas Bar No. 06066500
                                               100 Congress Ave., Suite 1100
                                               Austin, TX 78701
                                               (512) 236-2000
                                               (512) 391-2113 [FAX]
                                               mdow@jw.com

                                               **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2026, I served the foregoing document on counsel of record by electronic mail.

/s/ Charles L. Babcock
Charles L. Babcock