UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, | § | |
| STREET RELATIONS, INC. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-163 |
| | § | |
| BLAKE LIVELY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER REQUIRING BLAKE LIVELY TO GIVE HER DEPOSITION

Before the Court is Plaintiffs Jed Wallace's and Street Relations, Inc.'s (collectively, "Wallace Parties" or "Respondents") Motion for Order Requiring Blake Lively ("Lively" or "Movant") to Give her Deposition ("Motion"), in which the Respondents seek an order requiring Lively to appear for deposition relating to Lively's Motion for Costs and Attorneys' Fees under Federal Rule of Civil Procedure 54(d) and California Civil Code § 47.1. Having considered the Motion, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is Granted and Movant shall appear for deposition in person at the offices of Lankler Siffert & Wohl LLP, 1185 Avenue of the Americas, New York, New York 10036, or at another agreeable location, within 30 days of this order.

SIGNED this _____ day of _____, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE