**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,** | § | |
| **STREET RELATIONS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-00163-DAE** |
| | § | |
| **BLAKE LIVELY,** | § | |
| | § | |
| **Defendant.** | § | |

---

**DECLARATION OF LAURA LEE PRATHER IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY**

---

Pursuant to 28 U.S.C. § 1746, Laura Lee Prather declares:

1.      My name is Laura Lee Prather. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am a partner at Haynes and Boone, LLP and represent Defendant Blake Lively in this case. The following statements are made within my personal knowledge and are true and correct.

2.      I submit this declaration in support of Ms. Lively's Opposition to Plaintiffs' Motion for Discovery.

3.      On October 23, 2025, this Court ordered the parties to the above-captioned action to submit a proposed scheduling order within thirty days. Dkt. 40.

4.      On November 11, 2025, counsel for the parties met and conferred regarding a proposed schedule pursuant to Federal Rule of Civil Procedure 26(f).

5.      I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

**DECLARATION OF LAURA LEE PRATHER**

Executed this 12th day of August, 2026.

/s/ *Laura Lee Prather*
Laura Lee Prather

**DECLARATION OF LAURA LEE PRATHER**