**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,** | § | |
| **STREET RELATIONS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-00163-DAE** |
| | § | |
| **BLAKE LIVELY,** | § | |
| | § | |
| **Defendant.** | § | |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY**

Pursuant to 28 U.S.C. § 1746, Michael J. Gottlieb declares:

1.     My name is Michael J. Gottlieb. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am a partner at Willkie Farr & Gallagher, LLP and represent Defendant Blake Lively in this case. The following statements are made within my personal knowledge and are true and correct.

2.     I submit this declaration in support of Ms. Lively's Opposition to Plaintiffs' Motion for Discovery.

3.     Attached as Exhibit A is a true and correct copy of certain excerpts of the transcript of the deposition of Blake Lively taken on July 31, 2025, in *Lively v. Wayfarer Studios LLC, et al.*, No. 24-cv-10049 (S.D.N.Y.).

4.     Attached as Exhibit B is a true and correct copy of an email exchange with counsel for Plaintiffs regarding their purported "Notice of Deposition" directing Ms. Lively to appear for a deposition on August 4, 2026.

**<u>DECLARATION OF MICHAEL J. GOTTLIEB</u>**

5.      I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 12th day of August, 2026.

/s/ *Michael J. Gottlieb*
Michael J. Gottlieb

**DECLARATION OF MICHAEL J. GOTTLIEB**