# EXHIBIT A

**From:** Butzer, Carl
**Sent:** Friday, July 18, 2025 1:50 PM
**To:** Prather, Laura
**Cc:** Robb, Catherine; Babcock, Chip; Glover, Joel; Blaesche, Minoo; Dow, Matt
**Subject:** RE: Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference
**Attachments:** 45956369_2_2025-07-17 Plaintiff's Motion to Order Rule 26(f) Conference.docx; 45960330_1_Order on Motion.docx

Hi Laura

Thanks for your email. I've made some changes to the motion based on your position (below).

Attached is the motion (with order) we intend to file this afternoon.

Also, for all future email correspondence please include all of the folks on this email.

**Thanks,**
**Carl**

**Carl Butzer** | Partner
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5902 | F: (214) 661-6609 | cbutzer@jw.com
Jackson Walker LLP

---

**From:** Prather, Laura
**Sent:** Friday, July 18, 2025 11:28 AM
**To:** Butzer, Carl
**Subject:** RE: Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference

**Caution:** **External Email.

Hi Carl,

I hope you are doing well. I'm out of town at the moment (and have intermittent internet) but am not opposed to requesting a status conference as long as it is at a mutually convenient time.

We do not agree to scheduling a Rule 26f conference at this time because we do not believe that discovery should occur in this matter until after the Court determines if the case is properly before it.

If y'all are putting together a motion, we would appreciate the opportunity to review prior to filing.

Thanks and take care,
Laura

HAYNES BOONE

**Laura Lee Prather** | Partner
laura.prather@haynesboone.com | (t) +1 512.867.8476
Licensed in Texas, California, New York, D.C., and Colorado

---

**From:** Butzer, Carl <cbutzer@jw.com>
**Sent:** Thursday, July 17, 2025 9:45 AM
**To:** Glover, Joel <jglover@jw.com>; Robb, Catherine <Catherine.Robb@haynesboone.com>; Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Dow, Matt <mdow@jw.com>; Carmona, Katie <kcarmona@jw.com>; Vaughn, Cody <cvaughn@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Lambert, Michael <Michael.Lambert@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** RE: Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference

Catherine & Laura

I'm assuming Laura is back from her vacation.

1. Are you opposed to our asking the Court to set an initial status conference?
2. Can you please provide us with a couple of dates and times next week for a Rule 26(f) conference?

**Thanks,**
**Carl**

**Carl Butzer** | Partner
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5902 | F: (214) 661-6609 | cbutzer@jw.com
Jackson Walker LLP

---

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Wednesday, June 18, 2025 10:05 PM
**To:** Robb, Catherine <Catherine.Robb@haynesboone.com>; Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Dow, Matt <mdow@jw.com>; Carmona, Katie <kcarmona@jw.com>; Vaughn, Cody <cvaughn@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Lambert, Michael <Michael.Lambert@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** RE: Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference

Checking in on this. When will Laura be back? Thanks again.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com
Jackson Walker LLP

---

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Tuesday, June 17, 2025 8:11 PM
**To:** Robb, Catherine <Catherine.Robb@haynesboone.com>; Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Dow, Matt <mdow@jw.com>; Carmona, Katie <kcarmona@jw.com>; Vaughn, Cody <cvaughn@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Lambert, Michael <Michael.Lambert@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** Re: Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference

Thanks Catherine. I didn't get an OOO from Laura. When does she return? Are you opposed to our request for a status conference?

Good to hear from you.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com

---

**From:** Robb, Catherine <Catherine.Robb@haynesboone.com>
**Sent:** Tuesday, June 17, 2025 8:08 PM
**To:** Glover, Joel <jglover@jw.com>; Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Dow, Matt <mdow@jw.com>; Carmona, Katie <kcarmona@jw.com>; Vaughn, Cody <cvaughn@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Lambert, Michael <Michael.Lambert@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** RE: Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference

**Caution:** **External Email.

Hi Joel:

As you should have seen from Laura's out of office message, she is out of the office (and out of the country on vacation). We will need to wait until her return to find out her availability for a Rule 26(f) conference. I'll make sure she sees your email when she returns.

Thanks.

Best,

Catherine

HAYNES BOONE

**Catherine Robb** | Counsel | She/Her/Hers
catherine.robb@haynesboone.com | (t) +1 512.867.8421

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Monday, June 16, 2025 9:39 PM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Dow, Matt <mdow@jw.com>; Carmona, Katie <kcarmona@jw.com>; Vaughn, Cody <cvaughn@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Robb, Catherine <Catherine.Robb@haynesboone.com>; Lambert, Michael <Michael.Lambert@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>
**Subject:** Wallace, et al. v. Lively - Status Conference Request & Rule 26(f) Conference

Laura,

Two requests. First, we'll be asking the Court to set an initial status conference now that the motion to dismiss briefing is nearly complete. Please let us know if you're opposed.

Second, please let us know when you're available for a Rule 26(f) conference between now and June 30.

Many thanks.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com
Jackson Walker LLP

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.