UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE,<br>STREET RELATIONS, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>BLAKE LIVELY,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-cv-163 |

**ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO INCLUDE REBUTTAL EVIDENCE WITH REPLY IN SUPPORT OF THEIR MOTION FOR ORDER REQUIRING BLAKE LIVELY TO GIVE HER DEPOSITION**

Before the Court is Plaintiffs Jed Wallace and Street Relations, Inc.'s Motion for Leave to Include Rebuttal Evidence in Support of Their Motion for Order Requiring Blake Lively to Give Her Deposition (Dkt. 64). For good cause shown, the Motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that Plaintiffs shall be permitted to include the proposed rebuttal evidence to their Reply in Support of Their Motion for Order Requiring Blake Lively to Give Her Deposition.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file the Supplemental Counsel Emails presently submitted at Dkt. 64-1.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file the Supplemental Deposition Transcript Excerpts presently submitted at Dkt. 64-2.

**IT IS SO ORDERED.**

SIGNED this ____ day of __________, 2026

______________________________
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE