**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JED WALLACE,**<br>**STREET RELATIONS, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BLAKE LIVELY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:25-CV-00163-DAE** |

**DECLARATION OF LAURA LEE PRATHER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO INCLUDE REBUTTAL EVIDENCE WITH THEIR REPLY IN SUPPORT OF THEIR MOTION**

Pursuant to 28 U.S.C. § 1746, Laura Lee Prather declares:

1. My name is Laura Lee Prather. I am over twenty-one (21) years of age and am fully competent to testify about the matters contained herein. I am a partner at Haynes and Boone, LLP and represent Defendant Blake Lively in this case. The following statements are made within my personal knowledge and are true and correct.

2. I submit this declaration in support of Ms. Lively's Opposition to Plaintiffs' Motion for Leave to Include Rebuttal Evidence.

3. Attached as Exhibit A is a true and correct copy of an excerpt of the transcript of the deposition of Jed Wallace taken on October 10, 2025, in *Jones et al. v. Abel et al.*, No. 25-cv-00779 (S.D.N.Y.).

4. Attached as Exhibit B is a true and correct copy of the Motion to Compel Further Responses to Third Set of Requests for Production to The Agency Group PR, LLC; Joint Discovery

Dispute Statement filed in *Ghost v. Wilson*, No. 24STCV17314 (Cal. Super. Ct.) on August 25, 2026.

5. I hereby declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 26th day of August, 2026.

Laura Lee Prather