# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br>PLAINTIFF<br><br>VS.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, AND JENNIFER ABEL,<br>DEFENDANTS | CASE NO. 1:24-CV-10049-LJL (CONSOLIDATED WITH 1:25-CV-00449-LJL |
| JENNIFER ABEL,<br>THIRD-PARTY PLAINTIFF<br><br>VS.<br><br>JONESWORKS LLC<br>THIRD-PARTY DEFENDANT | |

ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE
OCTOBER 10
CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE, produced as a witness at the instance of the Jonesworks and duly sworn, was taken in the above styled and numbered cause on Friday, October 10, 2025, from 9:06 a.m. to 2:25 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, at the offices of Jackson Walker, 100 Congress Avenue, Suite 1100, Austin, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

Q. (BY MS. TAHLER) You're not certain whether or not a website amandaghostsucks and a website stephaniejonesleaks are similar?

MR. COOLEY: Objection.

MR. BABCOCK: Objection.

THE WITNESS: Yeah, I -- I don't know. That's a broad statement. They both have URL addresses.

Q. (BY MS. TAHLER) Okay. Mr. Wallace, Katie Case wrote the copy for Exhibit 51; isn't that right?

A. I don't know.

Q. Sitting here today, do you believe it's possible that Ms. Case wrote the copy for Exhibit 41?

MR. COOLEY: Objection.

MR. BABCOCK: Objection.

THE WITNESS: Yeah, I can't speak to that. I'm not sure.

Q. (BY MS. TAHLER) And you were involved in creating Exhibit 51 as well; isn't that right?

A. That is not right.

Q. You had no involvement in Exhibit 51?

MR. COOLEY: I'm sorry. One second. Objection.

THE WITNESS: Could you repeat the question, please?

Q. (BY MS. TAHLER) Yes. Did you have any

involvement in what came to be Exhibit 51?
MR. COOLEY: Objection.
THE WITNESS: I did not.
Q. (BY MS. TAHLER) Did you have any discussions with anyone related to what would become Exhibit 51?
MR. COOLEY: Objection.
THE WITNESS: Not that I recall.
Q. (BY MS. TAHLER) Did you ever discuss Exhibit 51 with Ms. Nathan?
A. Not that I recall.
Q. What about Roza Kalantari?
A. Not that I recall.
MS. ANASTASIO: This will be 52.
(Exhibit No. 52 was marked.)
Q. (BY MS. TAHLER) Mr. Wallace, you are now reviewing what's been marked as KCase-several zeros-4949 through 4962. This is a communication, sir, between Ms. Case and Ms. Nathan. You are not on the communication, but you are referenced in it. So if you'd like to review it, I'm going to have some questions.
A. Okay.
Q. Mr. Wallace, have you ever seen Exhibit 52 before today?
A. What exhibit? The entire exhibit?